# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**ALBERT L. LOPEZ,**

    Plaintiff,

**v.**                                                                                         No. 17-cv-0750 SMV

**NANCY A. BERRYHILL,**
**Acting Commissioner of Social Security Administration,**

    Defendant.

## JUDGMENT

Having denied Plaintiff's Motion to Reverse and Remand for a Rehearing [Doc. 17] by a Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

                                                                                                        _____
                                                                                                        **STEPHAN M. VIDMAR**
                                                                                                         **United States Magistrate Judge**
                                                                                                         **Presiding by Consent**